**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ **3rd** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Carlos O Suarez**     JOINT DEBTOR: **Froilana M Suarez**     CASE NO.: **13-11205**
Last Four Digits of SS# **xxx-xx-7194**     Last Four Digits of SS# **xxx-xx-1409**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

   A. $ **1,023.28** for months **1** to **5** ;
   B. $ **1,029.03** for months **6** to **36** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,250.00**    TOTAL PAID $ **2,000.00**
Balance Due $ **1,250.00** payable $ **250.00** /month (Months **1** to **5** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Onewest Bank/Indymac**     Arrearage on Petition Date $ _____
Address: **PO Box 4045 Kalamazoo, MI 49003**    Arrears Payment $ _____ /month (Months _ to _ )
Account No: **xxxxxxxxxx2417**     Regular Payment $ **670.95** /month (Months **1** to **36** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**     Total Due $ _____
Payable $ _____ /month (Months _ to _ )    Regular Payment $ _____

Unsecured Creditors: Pay $ **255.17** /month (Months **6** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**The Debtors will provide copies of their income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I & J and modify the plan if necessary.**

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

**The debtor has filed and noticed an application along with all required documents under the Home Affordable Modification Program (HAMP) and HAMP Supplemental Directive 10-02 with the Secured Creditor OneWest bank, on Debtor's homestead property. The Secured Creditor shall timely comply with all HAMP requirements and promptly approve or deny the debtor's application. The Debtor and Debtor's counsel consent to direct communication with the Secured Creditor for the purpose of loss mitigation only.**
**Until acceptance or denial of the HAMP Application, any proof of claim filed by the secured creditor on the debtor's homestead real property shall be held in abeyance as to the regular payment and mortgage arrears stated in the proof of claim only. The debtor shall assert any and all other objections to the Proof of claim prior to confirmation of the plan. Once the plan has been confirmed, the trustee is directed to pay the trial payment plan (TPP) provided for in the plan, and not the arrearage or regular stated in the Proof of Claim, in the normal course of disbursement.**

**In the event the secured creditor approves the debor's aplication, the debtor will file evidence of the approval no later than 30 calendar days following receipt of the secured creditor's offer letter.  The debtor will then timely comply with any and all requirements necessary to complete a Permanent Mortgage Modification (PMM).**

**In the event the debtor accepts the PMM, the debtor will amend or modify the plan in accordance with the secured creditor's offer letter and attach the PMM in support of the amended or modified plan.  If the secured creditor's offer letter is received after the plan is confirmed, the debtor shall file a motion to modify the confirmed plan no later than 30 calendar days following receipt of the secured creditor's offer letter.**

**In the event the debtor elects not to amend or modify the plan to conform with secured creditors's offer letter or if the HAMP application is denied, the debtor shall amend or modify the plan to conform to the secured creditor's proof of claim or surrender the homestead real property no later than 30 calendar days following receipt of the secured creditors's offer or rejection letter.  If the homestead real property is surrendered, the for confirmation purpose, any secured proof of claim filed by the secured creditor on the homestead real property shall be deemed treated outside the plan.**

**Confirmation of the plan will be without prejudice to the assertion of any rights the secured creditor had to address payment of the secured claim.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Carlos Suarez                                      /s/ Froilana Suarez
**Carlos O Suarez**                                **Froilana M Suarez**
Debtor                                                      Joint Debtor

Date:    July 25, 2013                            Date:    July 25, 2013