**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:
**Debtor:** Carlos Suarez

Case #13-11205-RAM
Chapter 13

# FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 12-03-2015 and the following parties were present:

1. [ x ] The Debtor: Carlos Suarez
2. [ x ] The Debtor's Attorney: Alexis Garcia
3. [ x ] The Lender's Representative: Bryan Wilson
4. [ x ] The Lender's Attorney: Vanessa Torres

**B.** The final MMM conference was scheduled for 12-03-2015 but not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

**C.** The result of the MMM conference is as follows:

1. [  ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement

Dated: 12.03.15

Signature of Mediator: _____ //s// Robin Weiner
Printed Name: Robin Weiner
Address: 151 North Nob Hill Road #132 Plantation, FL 33324

Copies To:
[All Parties to Mediation]

Phone: (754) 227-9449
Email: impartialmediator@gmail.com